CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 20 2006

JOHN F. CORCORAN, CLERK
BY:
　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL ALLAN WEBB, #309675, <br>     Plaintiff, | Civil Action No. 7:06CV00734 |
| v. | **FINAL ORDER** |
| D. MCKNIGHT, et al., <br>     Defendants. | By: Hon. Glen E. Conrad <br> United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

ORDERED

that the plaintiff's complaint shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 20th day of December, 2006.

　　　　　　　　　　　　　　　　　　／s／ Glen E. Conrad
　　　　　　　　　　　　　　　　　　United States District Judge